Mark C. Manning
MARK C. MANNING, P.C.
1000 O'Malley Road, Ste. 202
Anchorage, Alaska 99515
(907) 278-9794 fax 278-1169
manning@alaska.net
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| THE ALEUT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> HEIDI L BRUSCO, official no. 513007, and its mast, bowsprit, cables, chains, rigging, equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors, freights, and all other additions, improvements and necessaries appertaining, *in rem*, ST ELIAS, official no. 993568, and its mast, bowsprit, cables, chains, rigging, equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors, freights, and all other additions, improvements and necessaries appertaining, *in rem* , and BRUSCO TUG & BARGE, INC., *in personam*, <br><br> Defendants. | Case No. 3:13-cv- |

**COMPLAINT**

Plaintiff The Aleut Corporation alleges the following for its complaint *in personam* and *in rem*:

1. This is an admiralty and maritime action within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. This court has jurisdiction of the subject matter of this action pursuant to U.S. admiralty and maritime law, 28 U.S.C. § 1333, and Rule C of the Supplemental Rules for Admiralty or Maritime Claims.

2. At all material times, The Aleut Corporation has been a regional Native corporation established in 1972 under the terms of the Alaska Native Claims Settlement Act, has maintained its principal place of business in Anchorage, and has owned a marine facility referred to as "Pier 5." This facility extends into the navigable waters of the United States in Sweeper Cove on Adak Island, Alaska. The facility has been operated by Adak Marine Services, LLC, with management and business services assistance from Aleut Enterprise LLC.

3. Plaintiff is informed and believes, and on that basis alleges, that at all material times, the tug HEIDI L BRUSCO, official no. 513007, and the dumb barge ST ELIAS, official no. 993568, were operated by Brusco Tug & Barge, Inc. Brusco Tug is organized under the law of the State of Washington, and has its principal place of business in Longview, Washington. Plaintiff alleges on information and belief that HEIDI L BRUSCO and ST ELIAS are now, or during the pendency of this action will be, within the court's jurisdiction. On information and belief, Plaintiff also alleges that Brusco Tug employed the crew of HEIDI L BRUSCO at all times material to this action.

4. On or about December 26, 2011, HEIDI L BRUSCO was made up to ST ELIAS and was bringing ST ELIAS in to a landing alongside Pier 5. As the result of the negligent navigation of the tug and barge unit by HEIDI L BRUSCO's crew, the barge allided with Pier 5, destroying at least 2 concrete bearing piles, an installation of fender piles at the southeast corner of Pier 5, and various other pier components. Repairs have not been effected, but are estimated to cost in excess of $1,101,000.00 inclusive also of response costs.

WHEREFORE, The Aleut Corporation requests the following relief:

1. that the Court issue *in rem* warrants of arrest instructing the U.S. Marshal to arrest HEIDI L BRUSCO and ST ELIAS, together with their respective masts, bowsprits, cables, chains, rigging, equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors, freights, and all other additions, improvements and necessaries appertaining, and to detain them in his custody subject to further order of the Court;

2. that the court award The Aleut Corporation repair damages in excess of $1,101,000.00, the exact amount to be proven at trial, and determine that The Aleut Corporation has valid and subsisting maritime liens against HEIDI L BRUSCO and ST ELIAS securing its damage award that is prior and superior to all other liens, claims, and encumbrances whatsoever against the vessels;

3. that the Court enter judgment in favor of The Aleut Corporation against Brusco Tug and HEIDI L BRUSCO and ST ELIAS, and their respective masts, bowsprits, cables, chains, rigging, equipment,

*The Aleut Corporation v. HEIDI L BRUSCO*, et al.
Case No. 3:13-cv-   2

Case 3:13-cv-00211-TMB   Document 1   Filed 11/01/13   Page 2 of 4

gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors, freights, and all other additions, improvements and necessaries appertaining, jointly and severally, in an amount of at least $1,101,000.00, the exact amount to be proven at trial, and foreclosing The Aleut Corporation's maritime liens;

  4. that the Court issue an order directing the U.S. Marshal to sell HEIDI L BRUSCO and ST ELIAS and their respective masts, bowsprits, cables, chains, rigging, equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors, freights, and all other additions, improvements and necessaries appertaining to the vessels, in accordance with law, and that the sale proceeds be held in the Registry of this Court to be applied, net of the marshal's commission, first to satisfy The Aleut Corporation's *in rem* judgments;

  5. that the Court issue an order for the disbursement of the funds, net of the marshal's commission, to The Aleut Corporation in the first instance to the extent necessary to satisfy The Aleut Corporation's *in rem* judgment; and

  6. that The Aleut Corporation be awarded such other and further relief as the Court may deem just and proper in the premises.

DATED this 31st day of October, 2013, at Anchorage, Alaska.

        _____
        MARK C. MANNING, P.C.
        Counsel for Plaintiff
        431 West 7th Avenue, Ste. 204
        Anchorage, AK 99501
        Phone: (907) 278-9794
        Fax: (907) 278-1169
        manning@alaska.net
        ABA No. 8110066

/
/
/
/
/
/
/

*The Aleut Corporation v. HEIDI L BRUSCO*, et al.
Case No. 3:13-cv-        3

Case 3:13-cv-00211-TMB Document 1 Filed 11/01/13 Page 3 of 4

## VERIFICATION
## 28 USC §1746

I am _____CEO_____ for The Aleut Corporation in this action, and am authorized to make this verification on the Corporation's behalf. I have read the foregoing Complaint and know the contents thereof. The same are true to the best of my knowledge, information and belief. The grounds for my knowledge, information and belief are the files and records of The Aleut Corporation, Aleut Enterprise LLC, and Adak Marine Services, and information provided by employees and legal counsel of those entities. I declare under penalty of perjury that the foregoing is true and correct.

10/30/13
Date

David R. Gillespie

*The Aleut Corporation v. HEIDI L BRUSCO*, et al.
Case No. 3:13-cv-                     4