| | |
|---|---|
| 1 | DOUGLAS R. DAVIS |
| | Alaska Bar No. 7605022 |
| 2 | doug.davis@kyl.com |
| | KEESAL, YOUNG & LOGAN |
| 3 | 1029 West Third Avenue, Suite 650 |
| | Anchorage, Alaska 99501-1954 |
| 4 | Telephone: (907) 279-9696 |
| | Facsimile: (907) 279-4239 |
| 5 | |
| 6 | Attorneys for Defendant |
| | BRUSCO TUG & BARGE, INC., *in personam* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | | |
|---|---|---|
| THE ALEUT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 3:13-cv-00211-TMB |
| HEIDI L BRUSCO, Official No. 513007, and | ) | |
| its mast, bowsprit, cables, chains, rigging, | ) | **STIPULATION TO DISMISS** |
| equipment, gear, furniture, apparel, fixtures, | ) | **WITH PREJUDICE** |
| tackle, boats, machinery, anchors, freights, and | ) | |
| all other additions, improvements and | ) | |
| necessaries appertaining, *in rem*, ST ELIAS, | ) | |
| Official No. 993568, and its mast, bowsprit, | ) | |
| cables, chains, rigging, equipment, gear, | ) | |
| furniture, apparel, fixtures, tackle, boats, | ) | |
| machinery, anchors, freights, and all other | ) | |
| additions, improvements and necessaries | ) | |
| appertaining, *in rem*, and BRUSCO TUG & | ) | |
| BARGE, INC., *in personam*, | ) | |
| | ) | |
| Defendants. | ) | |

Come now the parties, by and through respective counsel, and, pursuant to the provisions of Fed. R. Civ. P. 41, stipulate and agree that this case is hereby dismissed with prejudice, the parties to bear their respective costs and fees.

DATED at Anchorage, Alaska this 2nd day of April, 2014.

KEESAL, YOUNG & LOGAN
Attorneys for Defendant
BRUSCO TUG & BARGE, INC., *in personam*

_____
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
Phone: (907) 279-9696
Fax: (907) 279-4239
E-mail: doug.davis@kyl.com

DATED at Anchorage, Alaska this 7th day of April, 2014.

_____
MARK C. MANNING, P.C.
Counsel for Plaintiff
431 West Seventh Avenue, Suite 204
Anchorage, Alaska 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
E-mail: manning@alaska.net

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of April, 2014 I caused a true and correct copy of the foregoing STIPULATION TO DISMISS WITH PREJUDICE to be served electronically via CM/ECF in accordance with the Court's electronic filing procedures on the following:

Mark C. Manning
Mark C. Manning, P.C.
1000 O'Malley Road, Suite 202
Anchorage, AK 99515
MANNING@ALASKA.NET

s/ Douglas R. Davis

4040-10/#KYL_AA200790

STIPULATION TO DISMISS WITH PREJUDICE
*THE ALEUT CORPORATION v. HEIDI L BRUSCO, et al.*
Case No. 3:13-cv-00211-TMB