DOUGLAS R. DAVIS
Alaska Bar No. 7605022
doug.davis@kyl.com
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
Telephone: (907) 279-9696
Facsimile: (907) 279-4239

Attorneys for Defendant
BRUSCO TUG & BARGE, INC., *in personam*

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| THE ALEUT CORPORATION, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) Case No. 3:13-cv-00211-TMB |
| HEIDI L BRUSCO, Official No. 513007, and its mast, bowsprit, cables, chains, rigging, equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors, freights, and all other additions, improvements and necessaries appertaining, *in rem*, ST ELIAS, Official No. 993568, and its mast, bowsprit, cables, chains, rigging, equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors, freights, and all other additions, improvements and necessaries appertaining, *in rem*, and BRUSCO TUG & BARGE, INC., *in personam*, | )<br>)<br>) **ORDER ON DISMISSAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

Pursuant to the stipulation of the parties on file with the court, this matter is hereby dismissed with prejudice.

DATE:_____

_____
Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of April, 2014 I caused a true and correct copy of the foregoing ORDER ON DISMISSAL to be served electronically via CM/ECF in accordance with the Court's electronic filing procedures on the following:

Mark C. Manning
Mark C. Manning, P.C.
1000 O'Malley Road, Suite 202
Anchorage, AK 99515
MANNING@ALASKA.NET

s/ Douglas R. Davis

4040-10/#KYL_AA200791

ORDER ON DISMISSAL
*THE ALEUT CORPORATION v. HEIDI L BRUSCO, et al.*
Case No. 3:13-cv-00211-TMB