**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALEUT CORPORATION,<br><br>                Plaintiff,<br><br>    vs.<br><br>HEIDI L BRUSCO, Official No. 513007, and its mast, bowsprit, cables, chains, rigging, equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors, freights, and all other additions, improvements and necessaries appertaining, *in rem*, ST ELIAS, Official No. 993568, and its mast, bowsprit, cables, chains, rigging, equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors, freights, and all other additions, improvements and necessaries appertaining, *in rem*, and BRUSCO TUG & BARGE, INC., *in personam*,<br><br>                Defendants. | Case No. 3:13-cv-00211-TMB<br><br>**ORDER ON DISMISSAL** |

Pursuant to the stipulation of the parties on file with the court, this matter is hereby dismissed with prejudice.

DATE: April 7, 2014

                                              <u>/s/ Timothy M. Burgess</u>
                                              TIMOTHY M. BURGESS
                                              U.S. DISTRICT COURT JUDGE